UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-15936 |
| LAWRENCE R. RAUCCI | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING COMPROMISE AND SETTLEMENT

This matter coming on to be heard on Chapter 7 Trustee's Motion To Approve Compromise and Settlement, due and proper notice having been served, and this Court having jurisdiction over the parties and subject matter and being otherwise fully advised in the premises;

IT IS THEREFORE ORDERED THAT:

1. Pursuant to Bankruptcy Rule 9019, the compromise and settlement between the Barry A. Chatz, the Chapter 7 Trustee, Kim Raucci and ITALK Media Solutions, Inc. ("ITALK"), is hereby approved.

2. Kim Raucci and/or ITALK shall forthwith tender $12,000.00 (the "Settlement Amount") to Barry A. Chatz, Chapter 7 Trustee.

3. Upon receipt of the Settlement Amount, an order shall be entered in the adversary proceeding more commonly known Barry A. Chatz, not individually but as solely as Chapter 7 v. Kim Raucci and ITALK Media Solutions, Inc., Adv. Case No 15 A 860, dismissing the adversary proceeding, with prejudice.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  April 27, 2016

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558