**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-15936 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | LAWRENCE RONALD RAUCCI | | | | Date Filed (f) or Converted (c): | 04/29/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/13/2014 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 12/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 734 Illinois Road, Wilmette, Illinois 60091 Single | 393,528.50 | 0.00 | OA | 0.00 | FA |
| 2. Cash | 500.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 25.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 750.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Books / Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8. Furs and Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Firearms and Hobby Equipment | 100.00 | 100.00 | | 0.00 | FA |
| 10. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension / Profit Sharing | 19,477.27 | 0.00 | | 0.00 | FA |
| 12. Pension / Profit Sharing | 107,183.08 | 0.00 | | 0.00 | FA |
| 13. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 14. General Intangibles | 0.00 | 0.00 | | 0.00 | FA |
| 15. Office Equipment | 500.00 | 500.00 | | 0.00 | FA |
| 16. Animals | 20.00 | 0.00 | | 0.00 | FA |
| 17. Automobiles, trucks, trailers, vehicles (u) | Unknown | 10,100.00 | | 10,100.00 | FA |
| 18. Fraudulent transfer action (u) | 0.00 | 12,000.00 | | 0.00 | 12,000.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $525,583.85       $22,700.00       $10,100.00       $12,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; TRUSTEE TO CONDUCT CLAIMS REVIEW AND PREPARE TFR BY 12/31/16.

| RE PROP # | 17 | -- | Motorcycle - 2009 Harley Davidson FLHX Street Glide |
|---|---|---|---|
| RE PROP # | 18 | -- | Settlement approved by Court 4/27/16. Bankruptcy estate to receive $12,000 settlement proceeds. |

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 12/31/2016

Trustee Signature:     /s/ BARRY A. CHATZ      Date: 04/29/2016

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606
(312) 876-7100
blsutton@arnstein.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-15936 | Trustee Name: BARRY A. CHATZ |
| Case Name: LAWRENCE RONALD RAUCCI | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0623 |
| | Checking |
| Taxpayer ID No: XX-XXX1908 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9712 | Transfer of Funds | 9999-000 | $10,071.44 | | $10,071.44 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,071.44 | $0.00 |
| Less: Bank Transfers/CD's | $10,071.44 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:   $10,071.44   $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-15936 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | LAWRENCE RONALD RAUCCI | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9712 Checking |
| Taxpayer ID No: | XX-XXX1908 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/15 | 17 | DRC Leasing<br>P.O. Box 570692<br>Tarzana, CA 91357 | LIQUIDATION OF OTHER ASSET | 1129-000 | $10,100.00 | | $10,100.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.56 | $10,086.44 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,071.44 |
| 08/21/15 | | Transfer to Acct # xxxxxx0623 | Transfer of Funds | 9999-000 | | $10,071.44 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $10,100.00 | $10,100.00 |
| Less: Bank Transfers/CD's | $0.00 | $10,071.44 |
| Subtotal | $10,100.00 | $28.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,100.00 | $28.56 |

Page Subtotals:  $10,100.00  $10,100.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0623 - Checking | $0.00 | $0.00 | $10,071.44 |
| XXXXXX9712 - Checking | $10,100.00 | $28.56 | $0.00 |
|  | $10,100.00 | $28.56 | $10,071.44 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,100.00 |
| Total Gross Receipts: | $10,100.00 |

Trustee Signature:   /s/ BARRY A. CHATZ   Date: 04/29/2016

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606
(312) 876-7100
blsutton@arnstein.com

Page Subtotals:                                                         $0.00         $0.00