UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
LAWRENCE RONALD RAUCCI              §     Case No. 14-15936
                                    §
                 Debtor             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/29/2014 . The undersigned trustee was appointed on 04/29/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $          22,100.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim disbursement | 0.00 |
    | Administrative expenses | 0.00 |
    | Bank service fees | 28.56 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]       $       22,071.44

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/03/2014 and the deadline for filing governmental claims was 12/03/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,960.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,960.00 , for a total compensation of $ 2,960.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 68.57 , for total expenses of $ 68.57 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/29/2016            By:/s/BARRY A. CHATZ
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page: 2)

Page: 1

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 14-15936 | TAB |
| Case Name: | LAWRENCE RONALD RAUCCI | |
| For Period Ending: | 11/29/2016 | |

| | | |
|---|---|---|
| Judge: | Timothy A. Barnes | |
| Trustee Name: | BARRY A. CHATZ | |
| Date Filed (f) or Converted (c): | 04/29/2014 (f) | |
| 341(a) Meeting Date: | 06/13/2014 | |
| Claims Bar Date: | 12/03/2014 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 734 Illinois Road, Wilmette, Illinois 60091 Single | 393,528.50 | 0.00 | OA | 0.00 | FA |
| 2. Cash | 500.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 25.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 750.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Books / Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8. Furs and Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 10. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension / Profit Sharing | 19,477.27 | 0.00 | | 0.00 | FA |
| 12. Pension / Profit Sharing | 107,183.08 | 0.00 | | 0.00 | FA |
| 13. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 14. General Intangibles | 0.00 | 0.00 | | 0.00 | FA |
| 15. Office Equipment | 500.00 | 0.00 | | 0.00 | FA |
| 16. Animals | 20.00 | 0.00 | | 0.00 | FA |
| 17. Automobiles, trucks, trailers, vehicles (u) | 15,595.00 | 10,100.00 | | 10,100.00 | FA |
| 18. Fraudulent transfer action (u) | 0.00 | 12,000.00 | | 12,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $541,178.85 | $22,100.00 | | $22,100.00 | |

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

ALL ASSETS ADMINISTERED; TRUSTEE TO CONDUCT CLAIMS REVIEW AND PREPARE TFR BY 12/31/16.

RE PROP #    17    --    Motorcycle - 2009 Harley Davidson FLHX Street Glide

                          Asset originally not scheduled but added by debtor's amended Schedule B on 8/28/14.
                          Motorcycle being stored in Arizona at home of debtor's daughter.

RE PROP #    18    --    Settlement approved by Court 4/27/16. Bankruptcy estate to receive $12,000
                          settlement proceeds.

Initial Projected Date of Final Report (TFR): 12/31/2016          Current Projected Date of Final Report (TFR): 12/31/2016

Page: 1

Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-15936
Case Name: LAWRENCE RONALD RAUCCI
Taxpayer ID No: XX-XXX1908
For Period Ending: 11/29/2016

Trustee Name: BARRY A. CHATZ
Bank Name: Union Bank
Account Number/CD#: XXXXXX0623
                    Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 |    | Transfer from Acct # xxxxxx9712 | Transfer of Funds | 9999-000 | $10,071.44 |   | $10,071.44 |
| 05/04/16 | 18 | KIM H. RAUCCI | PREFERENCE SETTLEMENT | 1241-000 | $12,000.00 |   | $22,071.44 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $22,071.44 | $0.00 |
| Less: Bank Transfers/CD's | $10,071.44 | $0.00 |
| Subtotal | $12,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $0.00 |

Page Subtotals: $22,071.44    $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-15936
Case Name: LAWRENCE RONALD RAUCCI
Taxpayer ID No: XX-XXX1908
For Period Ending: 11/29/2016

Trustee Name: BARRY A. CHATZ
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX9712
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/15 | 17 | DRC Leasing P.O. Box 570692 Tarzana, CA 91357 | LIQUIDATION OF OTHER ASSET | 1229-000 | $10,100.00 | | $10,100.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.56 | $10,086.44 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,071.44 |
| 08/21/15 | | Transfer to Acct # xxxxxx0623 | Transfer of Funds | 9999-000 | | $10,071.44 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $10,100.00 | $10,100.00 |
| Less: Bank Transfers/CD's | | $0.00 | $10,071.44 |
| Subtotal | | $10,100.00 | $28.56 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $10,100.00 | $28.56 |

Page Subtotals:   $10,100.00   $10,100.00

UST Form 101-7-TFR (5/1/2011) (Page: 6)

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0623 - Checking | $12,000.00 | $0.00 | $22,071.44 |
| XXXXXX9712 - Checking | $10,100.00 | $28.56 | $0.00 |
| | $22,100.00 | $28.56 | $22,071.44 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: $0.00
Total Net Deposits: $22,100.00
Total Gross Receipts: $22,100.00

Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-15936-TAB
Debtor Name: LAWRENCE RONALD RAUCCI
Claims Bar Date: 12/3/2014

Date: November 29, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $2,960.00 | $2,960.00 |
| 100 2200 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $68.57 | $68.57 |
| 100 3210 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, ILLINOIS 60604 | Administrative | | $0.00 | $14,889.50 | $14,889.50 |
| 100 3220 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, ILLINOIS 60604 | Administrative | | $0.00 | $34.10 | $34.10 |
| 100 2700 | U.S. BANKRUPTCY COURT<br>ATTN; CLERK'S OFFICE<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Administrative | Filing fee for Adversary 15-00860 Trustee v. Kim Raucci | $0.00 | $350.00 | $350.00 |
| 1 300 7100 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $3,478.58 | $3,478.58 |
| 2 300 7100 | POST-BULLETION COMPANY<br>C/O ATTORNEY MICHAEL D. WEIS<br>PO BOX 1166<br>NORTHBROOK, IL 60065 | Unsecured | | $0.00 | $3,071.24 | $3,071.24 |
| 3 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $19,031.51 | $19,031.51 |
| 4 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $2,025.26 | $2,025.26 |
| | Case Totals | | | $0.00 | $45,908.76 | $45,908.76 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                                               Printed: November 29, 2016

UST Form 101-7-TFR (5/1/2011) (Page: 8)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-15936-TAB
Debtor Name: LAWRENCE RONALD RAUCCI
Claims Bar Date: 12/3/2014

Date: November 29, 2016

Page 2
Printed: November 29, 2016

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-15936
Case Name: LAWRENCE RONALD RAUCCI
Trustee Name: BARRY A. CHATZ

Balance on hand $ 22,071.44

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,960.00 | $ 0.00 | $ 2,960.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 68.57 | $ 0.00 | $ 68.57 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 14,889.50 | $ 0.00 | $ 14,889.50 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $ 34.10 | $ 0.00 | $ 34.10 |
| Charges: U.S. BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses    $ 18,302.17
Remaining Balance    $ 3,769.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,606.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 3,478.58 | $ 0.00 | $ 474.95 |
| 2 | POST-BULLETION COMPANY | $ 3,071.24 | $ 0.00 | $ 419.33 |
| 3 | AMERICAN EXPRESS CENTURION BANK | $ 19,031.51 | $ 0.00 | $ 2,598.47 |
| 4 | AMERICAN EXPRESS CENTURION BANK | $ 2,025.26 | $ 0.00 | $ 276.52 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,769.27 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE