IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| LAWRENCE RONALD RAUCCI, | ) | Case No. 14-15936 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Tuesday, January 17, 2017, at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, Barry A. Chatz, will appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, or such other judge as may be sitting in his stead in courtroom 744, or in such other courtroom as may be occupied by him, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Application of Trustee's Attorney, Gregory K. Stern, P.C., for Compensation and Reimbursement for Expenses, a copy of which is hereby served upon you.

                                      /s/ Barry A. Chatz, Trustee
                                      Barry A. Chatz, Trustee

## PROOF OF SERVICE

     I, Barry A. Chatz, certify that on this date, I caused a copy of this Notice and the motion to which reference is made to be served through the Court's ECF Service to those parties entitled to notice.

                                      /s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
#06196639
120 South Riverside Plaza
Suite 1200
Chicago, IL  60606
(312) 876-7100
(312) 876-0288 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| RAUCCI, LAWRENCE RONALD, | ) | Case No. 14-15936 |
| | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | |

## APPLICATION OF TRUSTEE'S ATTORNEY, GREGORY K. STERN, P.C., FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES

BARRY A. CHATZ, Trustee herein ("Trustee"), pursuant to 11 U.S.C. §330 and FRBP 2016, submits this application for compensation and reimbursement of expenses for his attorney, Gregory K. Stern, P.C. ("Applicant" or "Attorney") and requests $14,889.50 as compensation, and $34.10 for reimbursement of expenses, $0.00 of which has previously been paid. Trustee represents to the Court as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on April 29, 2014.

2. On August 20, 2014, an order was entered approving the employment of Attorney. Attorney has received $0.00 in previously awarded compensation and $0.00 previously for the reimbursement of expenses.

3. Applicant requests $14,889.50 in compensation for 35.20 hours of services performed for the period July 29, 2014 through April 27, 2016 and reimbursement of actual expenses in the amount of $34.10. A description of the nature of the services rendered by the Applicant is attached as Exhibit A and is an itemized statement of the legal services rendered, the time expended and a description of the work performed.

4. The time expended and services rendered by Applicant is summarized as follows:

| Professional | Hours | Hourly Rate | Total |
| --- | --- | --- | --- |
| Gregory K. Stern, Attorney | 5.5 | $465.00 | $ 2,557.50 |
| Dennis E. Quaid, Attorney | .8 | $465.00 | $    372.00 |
| Monica C. O'Brien, Attorney | 23.5 | $440.00 | $10,340.00 |
| Rachel D. Stern | 5.4 | $300.00 | $ 1,620.00 |
| **TOTAL** | **35.4** | | **$14,889.50** |

5. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

6. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded final compensation in the amount of $14,889.50 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $34.10, of which $0.00 has previously been paid.

Dated:    November 18, 2016                /s/ Barry A. Chatz, Trustee
                                           Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
120 South Riverside Plaza
Suite 1200
Chicago, IL  60606
(312) 876-7100
(312) 876-0288 Fax