IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| LAWRENCE RONALD RAUCCI, | Case No. 14-15936 |
| Debtor. | Honorable Timothy A. Barnes |

### CERTIFICATE OF SERVICE BY MAIL

    I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Lawrence Ronald Raucci, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on November 29, 2016.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

American Express
PO Box 1000
Los Angeles, CA 90001-1000

American Express
Po Box 3001
16 General Warren Boulevard
Malvern, PA 19355-1245

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Mohammed O Badwan
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL 60523-3810

Biehl & Bielh
325 E. Fullerton Avenue
Carol Stream, IL 60188-1865

Certified Recovery, Inc.
PO Box 808
Eau Claire, WI 54702-0808

Chase *
ATTN: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850-5298

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Eau Claire Press Co
701 S. Farwell Street
Eau Claire, WI 54701-3831

Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309

Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626-7037

Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Deerfield, IL 60015-1831

Joel P Fonferko
Codilis & Associates, P.C.
15W030 N. Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

GMAC
Po Box 12699
Glendale, AZ 85318

GMAC Inc.
200 Reinaissance Center
PO Box 200
Detroit, MI 48265-2200

GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA 50702-5300

Gmac Mortgage
Bankruptcy Department
1100 Virginia Drive
Fort Washington, PA 19034-3204

Illinois Bone & Joint Institute
2401 Ravine Way
Glenview, IL 60025-7645

Illinois Bone & Joint Institute
5057 Paysphere Circle
Chicago, IL 60674-0050

Illinois Bone & Joint Institute
720 Florsheim Drive
Libertyville, IL 60048-3757

Law Offices of Michael Davis Weis
PO Box 1166
Northbrook, IL 60065-1166

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Medical Business Bureau
1175 Deven Drive, Suite 173
Morton Shores, MI 49441-6079

Medical Business Bureau
1460 Renaissance D Suite 400
Park Ridge, IL 60068-1349

NW Neurosurgical Associates
19250 SW 65th Avenue, Suite 260
Tualatin, OR 97062-7747

Document      Page 3 of 4

NW Neurosurgical Associates
7447 W. Talcott, Suite 340
Chicago, IL 60631-3714

NorthShore
9609 Eagle Way
Chicago, IL 60678-1096

NorthShore University Health System
1182 Northbrook Court
Northbrook, IL 60062-1435

NorthShore University Health System
2650 Ridge Avenue
Evanston, IL 60201-1718

NorthShore University HealthSystem
23056 Network Place
Chicago, IL 60673-1230

Northshore
23056 Network Place
Chicago, IL 60693-0001

Northshore UHS
9532 Eagle Way
Chicago, IL 60678-1095

OCWEN LOAN SERVICING, LLC AS SERVICER FOR TH
c/o Codilis and Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

Ocwen Loan
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409-6493

Ocwen Loan Servicing
3451 Hammond Avenue
Waterloo, IA 50702-5345

Ocwen Loan Servicing
P.O. Box 6440
Carol Stream, IL 60197-6440

Ocwen Mortgage
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738

PNC Bank
3232 Newmark Drive, Building 8
Miamisburg, OH 45342-5421

PNC Bank
6750 Miller Road
Brecksville, OH 44141-3239

PNC Bank
PO Box 5570
Cleveland, OH 44101-0570

PNC Bank N.A *
1 Financial Parkway
Kalamazoo, MI 49009-8002

PNC Bank NA
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222-2729

PNC Mortgage
3232 Newmark Dr., Bldg. 8
Miamisburg, OH 45342-5433

PNC Mortgage
PO Box 1820
Dayton, OH 45401-1820

Post-Bulletion Company
C/O Attorney Michael D. Weis
PO Box 1166
Northbrook, IL 60065-1166

Presence Health
621 17th Street, Suite 1800
Denver, CO 80293-0621

Presence Ressurection Medical Center
62221 Collection Center Drive
Chicago, IL 60693-0622

Lawrence Ronald Raucci
734 Illinois Road
Wilmette, IL 60091-2343

Ressurection Services
62311 Collections CD
Chicago, IL 60693-0623

Resurrection Health Care
62314 Collection CD
Chicago, IL 60693-0623

Resurrection Medical Center
7435 W. Talcott Avenue
Chicago, IL 60631-3746

Gregory K Stern
Gregory K. Stern, P.C.
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604-3536

Trans Union LLC
1561 E. Orangethorpe Avenue
Fullerton, CA 92831-5210

| | | |
|---|---|---|
| United Recovery Service<br>18525 Torrence<br>Suite C6<br>Lansing, IL 60438-2891 | United Recovery Systems, LP<br>P.O. Box 722929<br>Houston, TX 77272-2929 | Weltman, Weinberg & Reis Co., L.P.A.<br>323 W. Lakeside Avenue, Suite 200<br>Cleveland, OH 44113-1009 |
| Weltman, Weinberg & Reis Co., LPA<br>180 North LaSalle Street, Suite 2400<br>Chicago, IL 60601-2704 | Zwicker & Associates P.C.<br>7366 N. Lincoln Ave. Suite 404<br>Lincolnwood, IL 60712-1741 | |