UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14bk15936 |
| LAWRENCE RONALD RAUCCI, ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO GREGORY K. STERN, P.C., ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 14,889.50 | TOTAL COSTS REQUESTED: | $ 34.10 |
| TOTAL FEES REDUCED: | $ 531.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 14,358.00 | TOTAL COSTS ALLOWED: | $ 34.10 |

**TOTAL FEES AND COSTS ALLOWED: $ 14,392.10**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)   Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 531.50**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: January 17, 2017

Timothy A. Barnes
United States Bankruptcy Judge

# GREGORY K. STERN, P.C.

53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604

(312)-427-1558

Barry A. Chatz, Chapter 7 Trustee
Arnstein & Lehr
120 South Riverside Plaza
Suite 120
Chicago, IL  60606

Statement Date: May 16, 2016
Statement No. 1
Account No. Chatz.Raucci

Page:    1

RE: Case No. 14-15936

Interim Statement

**Payments received after 05/16/2016 are _not_ included on this statement.**

### Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/29/2014 | GKS | Reviewing emails from Barry Chatz ("BC") and Becky Sutton ("BS") and attachments | 0.20 | 93.00 |
| 08/13/2014 | GKS | Drafting Application to Employ Attorneys, Application to Employ Accountants, Affidavits, Notices and Orders | 1.00 | 465.00 |
| 08/20/2014 | MCO | Court - Representation of Trustee at Application to Employ Attorneys and Application to Employ Accountant. | 0.60 | 264.00 |
| 08/29/2014 | GKS | Reviewing Amended Schedules B and C - Telephone conference with BC re same and need to investigate and review original Schedules | 0.20 | 93.00 |
| 09/23/2014 | GKS | Reviewing case file and meeting with MCO re T's investigation of business entities of Debtor and wife, Amended Schedules B and C, need for objection to claimed exemption, turnover to and sale of motorcycle, 2004 examination and production request of Debtor and wife | 0.40 | 186.00 |
| 09/24/2014 | GKS | Meetings with MCO re status of drafts of Objection to Exemptions and 2004 examinations and production request | 0.20 | 93.00 |
| (1) Lumping | GKS | Reviewing and revising drafts of Objection to Claimed Exemption, 2004 Production Request - Meeting with MCO re same | 0.30 | 139.50 |
| (1) Lumping | MCO | Review file, tax returns, and docket; Search website re: Debtor's old business and wife's new business entity; check Sec. of State re: status of corporate entities. | 0.40 | 176.00 |
|  | MCO | E-mails and Telephone conference with BC and BS requesting information regarding Debtor's 341 meeting and disclosure of interest in Harley motorcycle. | 0.20 | 88.00 |
|  | MCO | Draft, review and revise Objection to Debtor's exemption in unscheduled motorcycle; draft Notice and proposed order. | 0.90 | 396.00 |

# EXHIBIT A

Barry A. Chatz, Chapter 7 Trustee

Page: 2
05/16/2016
Chatz-Raucci
Statement No: 1

Case No. 14-15936

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | MCO | Draft rider with request for document production; Draft Motion for 2004 examinations of Debtor, Kim Raucci and ITalk Media Solutions., Notice and proposed order. | 1.20 | 528.00 |
| 10/17/2014 | MCO | Telephone conference with and emails from and to Mohammed Badwan ("MB"), Debtor's attorney, regarding production of documents, corporate documents from old and new corporation; subpoenas to third parties and extension of time to produce documents; location of motorcycle and sale of same. | 0.30 | 132.00 |
| 11/05/2014 (1) Lumping | RDS | Telephone conference with various Harley Davidson dealerships near Glendale Arizona re willingness to accept 2009 HD Gliders; Contact Greg Hughes at Chester's in Mesa advised that they are willing to purchase the H.D. | 0.50 | 150.00 |
| 11/06/2014 (1) Lumping | RDS | Telephone conference with Greg Hughes at Chester's re drop off of H.D. Email to Debtor's attorney instructing that the HD be dropped off at Chester, and requesting Debtor endorse title in blank and send to my office. | 0.20 | 60.00 |
| 11/13/2014 | GKS | Reviewing Ocwen Motion to Modify Stay or Compel T's abandonment and attached exhibits | 0.20 | 93.00 |
| 11/20/2014 | MCO | Review 3 year of banks statements for Talk Advertising and ITalk; tracking payments, large checks to personal retirement accounts, payment of personal debts, and documenting that new corporation conducting exact same business as the prior corporation. | 1.60 | 704.00 |
| | MCO | E-mail to Debtor's attorney requesting additional information and bank statements; explanation for specific charges and transactions and customer lists for each corporate entity. | 0.20 | 88.00 |
| | GKS | Meeting with MCO re examination of file and production too date - indication of fraudulent and preferential transfers and loss of corporate opportunity causes of action | 0.20 | 93.00 |
| | GKS | Review MCO email to D's attorney requesting production of additional information and documents and ?g alleged transfers | 0.10 | 46.50 |
| 12/02/2014 | MCO | Review and respond to email from MB re: title to motorcycle and availability to discuss issues regarding possible causes of action against Debtor and his wife. | 0.10 | 44.00 |
| 02/10/2015 | GKS | Meeting with MCO re case status, strategy and proceeding with examination and production from wife relating to newco | 0.10 | 46.50 |
| 02/12/2015 | RDS | Email to MB requesting status update, motorcycle title from SOS and turning over same to Trustee. | 0.10 | 30.00 |
| 02/17/2015 (1) Lumping | GKS | Reviewing motorcycle file - Email to BS re original title - email to J Cohen and J Kachlic re motorcycle in AZ and need to transport to Harley dealer - Telephone call to P Bauch - left message | 0.20 | 93.00 |
| | RDS | Review email from MB regarding motorcycle and title sent in December; | | |

Barry A. Chatz, Chapter 7 Trustee

Page: 3
05/16/2016
Chatz-Raucci

Statement No: 1

Case No. 14-15936

|  |  |  | Hours |  |
|---|---|---|---|---|
| (1) Lumping |  | Reply requesting verification of where title sent; Received confirmation showing title sent to BC directly; Request to MB for clarification of whether motorcycle has plates and can be driven, going to confirm with his client. | 0.20 | 60.00 |
| 02/24/2015 | RDS | Discussion with MCO and RN re transporting motorcycle to Chesters. | 0.20 | 60.00 |
|  | RDS | Telephone conference with Bobbi at Phoenix Towing Service LLC arranging pick up of motorcycle at Debtor's brothers house transporting to Chesters in Mesa; Advised I would confirm time after making arrangements with Debtor. | 0.30 | 90.00 |
|  | RDS | Telephone conference with Mohammed B arranging time on Wednesday or Thursday for pickup of motorcycle in Glendale Arizona, advised he would speak with Debtor and arrange time. | 0.10 | 30.00 |
| 02/25/2015 | RDS | Telephone conference with Greg Hughes at Chesters who advised that he can no longer accept the Glider. | 0.10 | 30.00 |
|  | RDS | Telephone conference with Cory Walgren ("CW") re inspecting and possibly purchasing the Glider. | 0.10 | 30.00 |
|  | RDS | Telephone conference and email to MB requesting time for Cory to inspect Glider. | 0.10 | 30.00 |
| 02/26/2015 (1) Lumping | RDS | Review email from MB re date for CW to inspect the motorcycle; Telephone conference with CW re same, set appointment for Monday 3/4 at 11:00a.m and sales needing to be approved by BK court; Email to MB re same. | 0.20 | 60.00 |
| 03/02/2015 | RDS | Meeting with GKS re status of Raucci case and sale of motorcycle, CW coming to inspect vehicle on Wednesday with possible offer. | 0.10 | 30.00 |
| (1) Lumping | GKS | Meeting with RS re status of motorcycle pu and sale - email to BS re case status re sale of motorcycle and continuing investigation into fraudulent transfers | 0.20 | 93.00 |
| 03/04/2015 | RDS | Telephone conference with CW re offer of $10,100.00 to purchase the 2009 HD Glider. | 0.10 | 30.00 |
|  | RDS | Email to BC re offer to purchase bike and approval for same and to begin drafting Motion to Sell | 0.10 | 30.00 |
| 03/05/2015 | RDS | Telephone conference with CW re approval of Trustee to sell HD, and procedure for same. | 0.10 | 30.00 |
|  | RDS | Telephone conference with CW re purchase of HD, purchase order for same and sending check and title after BK approval. | 0.10 | 30.00 |
|  | RDS | Telephone conference with BS re title, and having title sent to my office so I can deliver to purchaser after sale is approved by the Court. | 0.10 | 30.00 |
| 03/10/2015 | RDS | Draft Motion to Sell motorcycle, Notices and Order. | 1.20 | 360.00 |
|  | RDS | Telephone conference with CW at DRC Leasing re Motion and process for Order Confirming Sale, payment and sending title. | 0.10 | 30.00 |

Barry A. Chatz, Chapter 7 Trustee

Page: 4
05/16/2016
Chatz-Raucci

Statement No: 1

Case No. 14-15936

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | RDS | Email to BS and BC re signature of purchase agreement. | 0.10 | 30.00 |
| | RDS | Receive signed purchase agreement; Email same to Tim Walgren with email about process of receiving funds for motorcycle and sending title. | 0.10 | 30.00 |
| 03/12/2015 | MCO | Email to MB re: Motion to Sell and request for response to November 2014 email re: additional documents and transfers made from Debtor to his wife. | 0.20 | 88.00 |
| 03/17/2015 | MCO | Telephone conference with Debtor's attorney re: request for additional information and answers regarding large deposits into retirement account, transfer of Debtor's assets to wife, and other possible avoidance actions. | 0.30 | 132.00 |
| | RDS | Court - Representation at hearing on Trustee's Motion to Sell HD. | 0.70 | 210.00 |
| | RDS | Email to MB requesting date and time for DRC Leasing to take motorcycle. | 0.10 | 30.00 |
| (1) Lumping | RDS | Review response from MB re available dates to pick up motorcycle; Telephone conference with Cory Walgren re arrangement to pick up motorcycle, sending DRC Leasing corporate check to Barry Chatz and once check has cleared I will FedEx title; Confirm pick up date with MB. | 0.20 | 60.00 |
| 03/31/2015 (1) Lumping | RDS | Follow up with BS that funds for motorcycle have cleared; Correspondence to DRC Leasing with Title. | 0.20 | 60.00 |
| (1) Lumping | MCO | Review email with responses to prior inquires re: ownership of property in Arizona and large payment to Debtor's SEP account; review tax returns and wife's bk docs and inconsistencies with disclosures; no proof of deposits from Debtor to wife's business; request additional information regarding SEP bank statements, proof of loan, proof of ownership of Arizona property and copies of 1040 tax returns. | 0.50 | 220.00 |
| | GKS | Reviewing string of emails between MCO and Debtor's Attorney. Email to BC regarding status of investigation and forwarding email string. | 0.10 | 46.50 |
| 04/01/2015 (1) Lumping | GKS | Meeting with MCO re investigation of fraudulent transfers of corporate interests to wife's new business, SEP contributions and alleged repayment of loan and funds paying for AZ property for daughter - review of D's wife's prior Ch 13 - proceeding to draft adversary complains - communications with BC re same | 0.30 | 139.50 |
| (1) Lumping | MCO | Review and compare household budgets of Kim Raucci vs. Lawrence Raucci and identify discrepancies; Meeting with GKS re: same and pursuit of actions against SEP account; Debtor's wife and Debtor's daughter | 0.50 | 220.00 |
| | MCO | Email to MB requesting additional bank statements from corporation | 0.10 | 44.00 |
| 04/14/2015 | MCO | Email to MB requesting status of document production. | 0.10 | 44.00 |
| 04/16/2015 | MCO | Email to Debtor's attorney requesting documents and responses to Trustee's requests. | 0.10 | 44.00 |
| 04/28/2015 (1) Lumping | MCO | Review emails and documents re: Arizona property and transfers; email to MB requesting remainder of documents. | 0.30 | 132.00 |

Barry A. Chatz, Chapter 7 Trustee

Page: 5
05/16/2016
Chatz-Raucci

Statement No: 1

Case No. 14-15936

| Date | | | Hours | |
|---|---|---|---|---|
| 06/05/2015 | MCO | Email to Debtor's attorney requesting production of documents previously requested. | 0.20 | 88.00 |
| 07/17/2015 | MCO | Review Charles Schwab statements for Debtor's IRA account; SEP account, brokerage account and wife's SEP accounts for years 2011 - current | 1.20 | 528.00 |
| | MCO | Research - fraudulent transfers and transfers into exempt retirement accounts | 0.70 | 308.00 |
| 07/20/2015 | GKS | Meeting with MCO re case status, investigation of cases and transfers, strategy for fraudulent transfer adversary | 0.30 | 139.50 |
| 10/18/2015 | GKS | Reviewing Claims Register | 0.10 | 46.50 |
| | GKS | Reviewing and revising draft of Time Sheets through 10/18/15 | 0.30 | 139.50 |
| 11/23/2015 (1) Lumping | MCO | Review corporate documents; check corporate standing; Draft Adversary Complaint against new corporation and Kim Raucci. | 2.50 | 1,100.00 |
| | GKS | Reviewing and revising draft of Adversary Complaint - Meeting with MCO re same | 0.30 | 139.50 |
| 11/24/2015 | MCO | Update, revise and finalize draft of Adversary Complaint against Kim Raucci and ITALK Media. | 1.10 | 484.00 |
| (1) Lumping | MCO | Meeting with GKS re: contract in name of Debtor's corp, possible sale options and need for additional documents from Debtor; email to MB requesting contracts under Debtor's corperate name. | 0.40 | 176.00 |
| 01/05/2016 (1) Lumping | MCO | Court - Representation of Trustee at status hearing of adversary against Kim Raucci and iTalk; meeting with Paul Bauch re: same and possible settlment. | 0.90 | 396.00 |
| 01/22/2016 | MCO | Review Answer filed in Adversary Complaint vs. Kim Raucci and ITalk. | 0.20 | 88.00 |
| 02/11/2016 | MCO | Review Defendants' Motion to Dismiss and Memorandum in support of same. | 0.20 | 88.00 |
| 02/17/2016 (1) Lumping | MCO | Court - Representation of Trustee at hearing on Defendant's Motion to Dismiss Complaint; court allowed 30 days to file amended complaint; meeting with David Lloyd ("DL") re: possible settlement. | 0.70 | 308.00 |
| 03/11/2016 | GKS | Meeting with RSS, MCO and Hank Marino ("HM") discussing possible representation of T in circuit court action against D and corporation | 0.20 | 93.00 |
| 03/16/2016 (1) Lumping | MCO | Research re: alter ego and equitable relief; update draft of Complaint to add additional fact to support request for declaratory relief. | 1.80 | 792.00 |
| 03/17/2016 | GKS | Reviewing and revising draft of amended complaint | 0.30 | 139.50 |
| | MCO | Update and finalize draft of Amended Complaint. | 1.00 | 440.00 |
| | MCO | Final update to Amended Complaint to add Count for turnover related to post-petition use of propoerty of the estate. | 0.40 | 176.00 |
| | DEQ | Revise complaint to strengthen allegations of fraudulent conveyance and identity of interests between debtor and his business to support challenge of | | |

Barry A. Chatz, Chapter 7 Trustee

Page: 6
05/16/2016
Chatz-Raucci

Statement No: 1

Case No. 14-15936

| | | | Hours | |
|---|---|---|---|---|
| | | take over of his business' contracts by wife's company | 0.80 | 372.00 |
| 03/21/2016 | MCO | Draft Motion to Set Status hearing on Amended Complaint, Notice and Order. | 0.30 | 132.00 |
| 03/30/2016 (1) Lumping | MCO | Emails to and from DL re: finalizing settlement of adversary proceeding; email to BC confirming acceptance of offer to settle for $12K. | 0.20 | 88.00 |
| 04/04/2016 | MCO | Begin draft of Motion to Approve Settlement. | 0.40 | 176.00 |
| 04/05/2016 | GKS | Reviewing and revising draft of Motion to Approve Settlement - Meeting with MCO re same | 0.30 | 139.50 |
| (1) Lumping | MCO | Court - Representation of Trustee at status hearing on Amended Complaint; meeting with DL re: settlement and date for presentation of same. | 1.20 | 528.00 |
| | MCO | Update and finalize draft of Motion to Approve Settlment, Notice and proposed Order. | 0.80 | 352.00 |
| 04/21/2016 (1) Lumping | MCO | Review proposed settlement agreement from adversary Defendants; draft proposed changes in redlined version; email to DL and BC for review and approval. | 0.40 | 176.00 |
| 04/26/2016 | MCO | Draft proposed order dismissing adversary proceeding; email to DL for review and comment. | 0.30 | 132.00 |
| 04/27/2016 | MCO | Court - Representation of Trustee at hearing on approval of settlement with adversary Defendants; ordered entered. | 0.80 | 352.00 |
| (1) Lumping | MCO | Review and respond to email from BC re: approval of settlment and receipt of $$ from Defendants; letter to BC transmitting $12K settlment payment. | 0.20 | 88.00 |
| | | For Current Services Rendered | 35.20 | 14,889.50 |

### Expenses

| | | | |
|---|---|---|---|
| 03/31/2015 | FedEx Standard Overnight to Cory Walgren | | 34.10 |
| | Total Expenses | | 34.10 |
| | Total Current Work | | 14,923.60 |
| | Balance Due | | $14,923.60 |