# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LAWRENCE RONALD RAUCCI | § | Case No. 14-15936 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 394,523.50                 Assets Exempt: 131,060.35
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,300.77       Claims Discharged
                                                  Without Payment:  1,422,585.84

Total Expenses of Administration:  17,799.23

---

3) Total gross receipts of $ 22,100.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 22,100.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,065,753.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,330.73 | 17,799.23 | 17,799.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 333,527.02 | 27,606.59 | 27,606.59 | 4,300.77 |
| **TOTAL DISBURSEMENTS** | $ 1,399,280.02 | $ 45,937.32 | $ 45,405.82 | $ 22,100.00 |

4) This case was originally filed under chapter 7 on 04/29/2014 . The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2017              By:/s/BARRY A. CHATZ
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers, vehicles | 1229-000 | 10,100.00 |
| Fraudulent transfer action | 1241-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Inc. 200 Reinaissance Center PO Box 200 Detroit, MI 48265 | | 0.00 | NA | NA | 0.00 |
| | GMAC Mortgage 3451 Hammond Avenue Waterloo, IA 50702 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mortgage Bankruptcy Department 1100 Virginia Drive Fort Washington, PA 19034 | | 0.00 | NA | NA | 0.00 |
| | GMAC Po Box 12699 Glendale, AZ 85318 | | 0.00 | NA | NA | 0.00 |
| | Ocwen Loan 1661 Worthington Road, Suite 100 West Palm Beach, FL 33409 | | 0.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing 3451 Hammond Avenue Waterloo, IA 50702 | | 661,540.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing P.O. Box 6440 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Ocwen Mortgage Attn: Bankruptcy P.O. Box 24738 West Palm Beach, FL 33416 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank 3232 Newmark Drive, Building 8 Miamisburg, OH 45342 | | 200,000.00 | NA | NA | 0.00 |
| | PNC Bank 6750 Miller Road Brecksville, OH 44141 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank N.A * 1 Financial Parkway Kalamazoo, MI 49009 | | 204,213.00 | NA | NA | 0.00 |
| | PNC Bank NA Two PNC Plaza 620 Liberty Avenue Pittsburgh, PA 15222 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank PO Box 5570 Cleveland, OH 44101 | | 0.00 | NA | NA | 0.00 |
| | PNC Mortgage 3232 Newmark Dr., Bldg. 8 Miamisburg, OH 45342 | | 0.00 | NA | NA | 0.00 |
| | PNC Mortgage 3232 Newmark Dr., Bldg. 8 Miamisburg, OH 45342 | | 0.00 | NA | NA | 0.00 |
| | PNC Mortgage PO Box 1820 Dayton, OH 45401 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,065,753.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,960.00 | 2,960.00 | 2,960.00 |
| BARRY A. CHATZ | 2200-000 | NA | 68.57 | 68.57 | 68.57 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | NA | 28.56 | 28.56 | 28.56 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 14,889.50 | 14,358.00 | 14,358.00 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 34.10 | 34.10 | 34.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 18,330.73 | $ 17,799.23 | $ 17,799.23 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express * c/o Becket & Lee P.O. Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | American Express * c/o Becket & Lee P.O. Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | American Express PO Box 1000 Los Angeles, CA 90096 | | 0.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Boulevard Malvern, PA 19355 | | 2,025.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Boulevard Malvern, PA 19355 | | 19,031.51 | NA | NA | 0.00 |
| | Biehl & Bielh 325 E. Fullerton Avenue Carol Stream, IL 60188 | | 0.00 | NA | NA | 0.00 |
| | Certified Recovery, Inc. PO Box 808 Eau Claire, WI 54702 | | 468.46 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | 1,986.00 | NA | NA | 0.00 |
| | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | 2,166.00 | NA | NA | 0.00 |
| | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | 8,710.00 | NA | NA | 0.00 |
| | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | 4,976.00 | NA | NA | 0.00 |
| | Discover Financial Services 2500 Lake Cook Rd. Deerfield, IL 60015 | | 3,478.00 | NA | NA | 0.00 |
| | Discover Financial Services LLC Po Box 15316 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Eau Claire Press Co 701 S. Farwell Street Eau Claire, WI 54701 | | 0.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | 0.00 | NA | NA | 0.00 |
| | Fisher and Shapiro, LLC 2121 Waukegan Road, Suite 301 Deerfield, IL 60015 | | 0.00 | NA | NA | 0.00 |
| | Illinois Bone & Joint Institute 2401 Ravine Way Glenview, IL 60025 | | 0.00 | NA | NA | 0.00 |
| | Illinois Bone & Joint Institute 5057 Paysphere Circle Chicago, IL 60674 | | 35.60 | NA | NA | 0.00 |
| | Illinois Bone & Joint Institute 720 Florsheim Drive Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Law Offices of Michael Davis Weis PO Box 1166 Northbrook, IL 60065 | | 2,511.75 | NA | NA | 0.00 |
| | Medical Business Bureau 1175 Deven Drive, Suite 173 Morton Shores, MI 49441 | | 138.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Business Bureau 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | Northshore 23056 Network Place Chicago, IL 60693 | | 1,296.11 | NA | NA | 0.00 |
| | NorthShore 9609 Eagle Way Chicago, IL 60678 | | 77.72 | NA | NA | 0.00 |
| | Northshore UHS 9532 Eagle Way Chicago, IL 60678 | | 0.00 | NA | NA | 0.00 |
| | NorthShore University Health System 1182 Northbrook Court Northbrook, IL 60062 | | 0.00 | NA | NA | 0.00 |
| | NorthShore University Health System 2650 Ridge Avenue Evanston, IL 60201 | | 0.00 | NA | NA | 0.00 |
| | NorthShore University HealthSystem 23056 Network Place Chicago, IL 60673 | | 551.72 | NA | NA | 0.00 |
| | NorthShore University HealthSystem 23056 Network Place Chicago, IL 60673 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NorthShore University HealthSystem 23056 Network Place Chicago, IL 60673 | | 11.76 | NA | NA | 0.00 |
| | NW Neurosurgical Associates 19250 SW 65th Avenue, Suite 260 Tualatin, OR 97062 | | 0.00 | NA | NA | 0.00 |
| | NW Neurosurgical Associates 7447 W. Talcott, Suite 340 Chicago, IL 60631 | | 6,500.00 | NA | NA | 0.00 |
| | PNC Bank N.A * 1 Financial Parkway Kalamazoo, MI 49009 | | 278,696.00 | NA | NA | 0.00 |
| | Presence Health 621 17th Street, Suite 1800 Denver, CO 80293 | | 144.07 | NA | NA | 0.00 |
| | Presence Ressurection Medical Center 62221 Collection Center Drive Chicago, IL 60693 | | 0.00 | NA | NA | 0.00 |
| | Ressurection Services 62311 Collections CD Chicago, IL 60693 | | 60.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Resurrection Health Care 62314 Collection CD Chicago, IL 60693 | | 279.20 | NA | NA | 0.00 |
| | Resurrection Health Care 62314 Collection CD Chicago, IL 60693 | | 40.20 | NA | NA | 0.00 |
| | Resurrection Health Care 62314 Collection CD Chicago, IL 60693 | | 112.00 | NA | NA | 0.00 |
| | Resurrection Health Care 62314 Collection CD Chicago, IL 60693 | | 231.00 | NA | NA | 0.00 |
| | Resurrection Medical Center 7435 W. Talcott Avenue Chicago, IL 60631 | | 0.00 | NA | NA | 0.00 |
| | Resurrection Medical Center 7435 W. Talcott Avenue Chicago, IL 60631 | | 0.00 | NA | NA | 0.00 |
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | 0.00 | NA | NA | 0.00 |
| | United Recovery Service 18525 Torrence Suite C6 Lansing, IL 60445 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Recovery Systems, LP P.O. Box 722929 Houston, TX 77272 | | 0.00 | NA | NA | 0.00 |
| | Weltman, Weinberg & Reis Co., L.P.A. 323 W. Lakeside Avenue, Suite 200 Cleveland, OH 44113 | | 0.00 | NA | NA | 0.00 |
| | Weltman, Weinberg & Reis Co., LPA 180 North LaSalle Street, Suite 2400 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Zwicker & Associates P.C. 7366 N. Lincoln Ave. Suite 404 Lincolnwood, IL 60712 | | 0.00 | NA | NA | 0.00 |
| | Zwicker & Associates, P.C. 7366 N. Lincoln Avenue, Suite 102 Lincolnwood, IL 60712 | | 0.00 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 19,031.51 | 19,031.51 | 2,964.88 |
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 2,025.26 | 2,025.26 | 315.51 |
| 1 | DISCOVER BANK | 7100-000 | NA | 3,478.58 | 3,478.58 | 541.92 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | POST-BULLETION COMPANY | 7100-000 | NA | 3,071.24 | 3,071.24 | 478.46 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 333,527.02 | $ 27,606.59 | $ 27,606.59 | $ 4,300.77 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-15936 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | LAWRENCE RONALD RAUCCI | | | | Date Filed (f) or Converted (c): | 04/29/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/13/2014 |
| For Period Ending: | 03/09/2017 | | | | Claims Bar Date: | 12/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 734 Illinois Road, Wilmette, Illinois 60091 Single | 393,528.50 | 0.00 | OA | 0.00 | FA |
| 2. Cash | 500.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 25.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 750.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Books / Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8. Furs and Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 10. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension / Profit Sharing | 19,477.27 | 0.00 | | 0.00 | FA |
| 12. Pension / Profit Sharing | 107,183.08 | 0.00 | | 0.00 | FA |
| 13. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 14. General Intangibles | 0.00 | 0.00 | | 0.00 | FA |
| 15. Office Equipment | 500.00 | 0.00 | | 0.00 | FA |
| 16. Animals | 20.00 | 0.00 | | 0.00 | FA |
| 17. Automobiles, trucks, trailers, vehicles (u) | 15,595.00 | 10,100.00 | | 10,100.00 | FA |
| 18. Fraudulent transfer action (u) | 0.00 | 12,000.00 | | 12,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $541,178.85        $22,100.00        $22,100.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

ALL ASSETS ADMINISTERED; TRUSTEE TO CONDUCT CLAIMS REVIEW AND PREPARE TFR BY 12/31/16

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 17 | -- | Motorcycle - 2009 Harley Davidson FLHX Street Glide |
| | | | Asset originally not scheduled but added by debtor's amended Schedule B on 8/28/14. Motorcycle being stored in Arizona at home of debtor's daughter. |
| RE PROP # | 18 | -- | Settlement approved by Court 4/27/16.  Bankruptcy estate to receive $12,000 settlement proceeds. |

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-15936 | Trustee Name: BARRY A. CHATZ |
| Case Name: LAWRENCE RONALD RAUCCI | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0623 |
| | Checking |
| Taxpayer ID No: XX-XXX1908 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9712 | Transfer of Funds | 9999-000 | $10,071.44 | | $10,071.44 |
| 05/04/16 | 18 | KIM H. RAUCCI | PREFERENCE SETTLEMENT | 1241-000 | $12,000.00 | | $22,071.44 |
| 01/25/17 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $3,028.57 | $19,042.87 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($2,960.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($68.57) | 2200-000 | | | |
| 01/25/17 | 400002 | U.S. BANKRUPTCY COURT<br>ATTN; CLERK'S OFFICE<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $18,692.87 |
| 01/25/17 | 400003 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, ILLINOIS 60604 | Distribution | | | $14,392.10 | $4,300.77 |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. ($14,358.00) | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. ($34.10) | 3220-000 | | | |
| 01/25/17 | 400004 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 1 representing a payment of 15.58 % per court order. | 7100-000 | | $541.92 | $3,758.85 |
| 01/25/17 | 400005 | POST-BULLETIN COMPANY<br>C/O ATTORNEY MICHAEL D. WEIS<br>PO BOX 1166<br>NORTHBROOK, IL 60065 | Final distribution to claim 2 representing a payment of 15.58 % per court order. | 7100-000 | | $478.46 | $3,280.39 |

Page Subtotals: $22,071.44    $18,791.05

UST Form 101-7-TDR (10/1/2010) (Page: 17)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-15936 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | LAWRENCE RONALD RAUCCI | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0623 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1908 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/17 | 400006 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Distribution | | | $3,280.39 | $0.00 |
| | | AMERICAN EXPRESS CENTURION BANK | (3-1) CREDIT CARD DEBT           ($2,964.88) | 7100-000 | | | |
| | | AMERICAN EXPRESS CENTURION BANK | (4-1) CREDIT CARD DEBT           ($315.51) | 7100-000 | | | |

|  | | |
|---|---|---|
| COLUMN TOTALS | $22,071.44 | $22,071.44 |
| Less: Bank Transfers/CD's | $10,071.44 | $0.00 |
| Subtotal | $12,000.00 | $22,071.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $22,071.44 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*                       Page Subtotals:                        $0.00            $3,280.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-15936 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | LAWRENCE RONALD RAUCCI | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX9712 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1908 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/09/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/15 | 17 | DRC Leasing<br>P.O. Box 570692<br>Tarzana, CA 91357 | LIQUIDATION OF OTHER ASSET | 1229-000 | $10,100.00 | | $10,100.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.56 | $10,086.44 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,071.44 |
| 08/21/15 | | Transfer to Acct # xxxxxx0623 | Transfer of Funds | 9999-000 | | $10,071.44 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,100.00 | $10,100.00 |
| Less: Bank Transfers/CD's | $0.00 | $10,071.44 |
| Subtotal | $10,100.00 | $28.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,100.00 | $28.56 |

| | | |
|---|---|---|
| Page Subtotals: | $10,100.00 | $10,100.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0623 - Checking | $12,000.00 | $22,071.44 | $0.00 |
| XXXXXX9712 - Checking | $10,100.00 | $28.56 | $0.00 |
| | $22,100.00 | $22,100.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $22,100.00 |
| Total Gross Receipts: | $22,100.00 |

Page Subtotals:   $0.00   $0.00